SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Shudi I. Farraj, et al,<br><br>Defendants | Case No.: CIV.S 09-cv-00810-MCE-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MISLEH NASJAR; SURDIA NASJAR; ORDER**<br><br>Complaint Filed: MARCH 24, 2009<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Misleh Nasjar; Surdia Nasjar) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with respect to the remaining Defendants. Defendants (Misleh Nasjar; Surdia Nasjar) are dismissed because these Defendants are out of country and will not return till October 2010.

Dated: July 29, 2009                 /s/Scott N. Johnson
                                      SCOTT N. JOHNSON
                                      Attorney for Plaintiff

**IT IS SO ORDERED**.

DATED: August 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                CIV: S-09-00810-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com